MHK

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. Maldonado

FOR: _____
AT: _____

**LOCATION NUMBER:** _____

FILED
MAR 19 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT
3-19-2008

PERSON REPRESENTED (Show your full name): _____

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☒ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

ie & check box → ☐ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate: 8cr 223-4
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: A&D prop. services - foreclosure work
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ 1000
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 1000
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 500

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ no

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: currently on work release
20% of earnings going to — fines
to Cook County Jail facility

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/19/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ David Maldonado