# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 223-4 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. David Maldonado | | |

**DOCKET ENTRY TEXT**

Preliminary Examination held. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held; the Defendant is ordered detained without prejudice to addressing the issue of bond at a later date. *AK*

No notices required

02:00

| | Courtroom Deputy | AC |
|---|---|---|