**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Case No. 08 CR 223-4 |
| | ) | Magistrate Judge Keyes |
| DAVID MALDANADO, et al, | ) | |
| Defendant. | ) | |

## MOTION FOR RELEASE FROM PRETRIAL DETENTION

Defendant David Maldanado, by his Court Appointed Attorney Ronald J. Clark, hereby moves this Honorable Court to consider the matter of pretrial detention and to release the Defendant on such conditions that satisfy the Court as to the risk of flight and dangerousness to the community. In support of this Motion, the Defendant states:

1. When this matter was before the Court for preliminary and detention, the Court did not consider the matter of detention because the Defendant was considered to be already in the custody of the Illinois Department of Corrections and thus, not eligible for release in this case. Since that time, the Defendant's status has changed. Counsel has asked Pretrial Services to confirm this with the BOP for Illinois for the Court.

2. The Defendant has persons ready willing and able to act as third party custodian and cosigner on the Defendant's bond.

3. In addition, if the Court feels it is necessary, the Defendant agrees to have a home monitor placed upon him. This Defendant is the only Defendant in this case not admitted to bail.

4. The Defendant's family and those willing to be co-signer and third party custodian will be in Court on Friday for the hearing on the Defendant's request.

Respectfully submitted,

s/Ronald J. Clark
Ronald J. Clark, Attorney at Law

Ronald J. Clark
Attorney for the Defendant David Maldanado
820 West Jackson Blvd. Suite 300
Chicago, IL 60607
312-307-0061