**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Case No. 08 CR 223-4 |
| | ) | Magistrate Judge Keyes |
| DAVID MALDANADO, et al, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

AUSA Tyler Murray
United States Attorney's Office
219 South Dearborn Street, Fifth Floor
Chicago, Il 60607

      Please take notice that on Friday, May 16, 2008, at 9:30AM, I shall appear before the Honorable Magistrate Judge Arlander Keyes and then and there present Defendant David Maldanado's Motion for release from pretrial detention. A copy of the motion is herewith served upon you.

**CERTIFICATE OF SERVICE**

      I, Ronald J. Clark, an attorney certifies that on Wednesday, May 14, 2008, he filed electronically the above notice and Motion referred to therein with the Clerk of the United States District Court and served a copy thereof on the attorneys of record in this case.

      Respectfully submitted,

      s/Ronald J. Clark
      Ronald J. Clark, Attorney at Law

Ronald J. Clark
Attorney for the Defendant David Maldanado
820 West Jackson Blvd., Suite 300
Chicago, IL 60607
312-307-0061