# United States District Court, Northern District of Illinois

05 GJ 356

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other than Assigned Judge | **MAGISTRATE JUDGE COX** |
|---|---|---|---|
| CASE NUMBER | 08 CR 0223 | DATE | JULY 2, 2008 |
| CASE TITLE | US v. HAROLD PERKINS, et al | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

---

### GRAND JURY PROCEEDING

**JUDGE KENDALL**

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _[signature]_

**MAGISTRATE JUDGE KEYS**

---

DOCKET ENTRY:

# 08 CR 223

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO HAROLD PERKINS, ROBERTO DURAN, and WALLACE BUTCHER. NO BOND SET, DETAINED BY MAGISTRATE AS TO DAVID MALDONADO. GLADYS JOHNSON IS CURRENTLY IN THE CUSTODY OF IDOC ON STATE RELATED CHARGES.

**FILED**
JUL 0 2 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE        UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials / Date/time received in Central Clerk's office

Number of notices / DOCKET#
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials